UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-21291-LEIBOWITZ/AUGUSTIN-BIRCH

SHELBY MAYES,

    Plaintiff,

vs.

J & J GREEN PAPER, INC. AND
MICHAEL SCOTT SEGAL,

    Defendants.
_____/

## NOTICE OF APPEARANCE AS COUNSEL FOR PLAINTIFF

Patrick Brooks LaRou, Esq. of FairLaw Firm notifies the Court and all parties of his appearance in this action as counsel for Plaintiff, Shelby Mayes, and requests that all pleadings, correspondence, and documents related to this matter be served on him at the below address / email address.

Respectfully submitted this 20th day of March 2025.

                                              s/ Patrick Brooks LaRou
                                              Brian H. Pollock, Esq. (174742)
                                              brian@fairlawattorney.com
                                              Patrick Brooks LaRou, Esq. (1039018)
                                              brooks@fairlawattorney.com
                                              FAIRLAW FIRM
                                              135 San Lorenzo Avenue, Suite 770
                                              Coral Gables, Florida 33146
                                              Telephone: (305) 230-4884
                                              *Counsel for Plaintiff*