# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 1:25-CV-21291-DSL

Plaintiff:
**SHELBY MAYES**

vs.

Defendant:
**J & J GREEN PAPER, INC. AND MICHAEL SCOTT SEGAL**

For:
Brian Pollock, Esq.
FairLaw Firm
135 San Lorenzo Avenue, Suite 770
Coral Gables, FL 33146

Received by Miami PSPI, LLC on the 20th day of March, 2025 at 1:55 pm to be served on **J & J GREEN PAPER, INC. c/o AYMETH LOYA, its Registered Agent, 2665 South Bayshore Drive, Suite 1025, Miami, FL 33133**.

I, Joseph Onega, do hereby affirm that on the **1st day of April, 2025** at **10:25 am, I:**

served a **CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION and COMPLAINT** with the date and hour of service endorsed thereon by me, to: **Rick Bulman, as CEO,** for J & J GREEN PAPER, INC. c/o AYMETH LOYA, its Registered Agent, at the address of: **2665 South Bayshore Drive, Suite 1025, Miami, FL 33133**, and informed said person of the contents therein, in compliance with Florida statute 48.081.

**Description** of Person Served: Age: 60, Sex: M, Race/Skin Color: White, Height: 6'3", Weight: 195, Hair: Bald, Glasses: Y

Under penalties of perjury, I swear or affirm, pursuant to Fla. Stat. § 92.525 that I have read the foregoing and the facts stated there are true. I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing in the county in which service was made.

**Joseph Onega**
CPS 1861; SPS 1253

**Miami PSPI, LLC
1800 Coral Way, Suite 1511
Miami, FL 33145
(305) 285-4321**

Our Job Serial Number: NAY-2025000447

Copyright © 1992-2025 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a