## RETURN OF SERVICE

**District of Columbia**

Case Number: 1:25-CV-21291-DSL

Plaintiff:
**SHELBY MAYES**

vs.

Defendant:
**J & J GREEN PAPER, INC. AND MICHAEL SCOTT SEGAL**

For:
Brian Pollock, Esq.
FairLaw Firm
135 San Lorenzo Avenue, Suite 770
Coral Gables, FL 33146

Received by Miami PSPI, LLC on the 9th day of April, 2025 at 4:43 pm to be served on **MICHAEL SCOTT SEGAL, 11901 SW 63 Avenue, Miami, FL 33156-4803**.

I, Stefany Camejo, do hereby affirm that on the **17th day of April, 2025** at **6:10 pm, I:**

**SUBSTITUTE** served by delivering a true copy of the **SUMMONS IN A CIVIL ACTION and COMPLAINT** with the date and hour of service endorsed thereon by me, to: **Barbara Silverman** as **Co-resident** at the residential address of: **11901 SW 63 Avenue, Miami, FL 33156-4803**, the within named person's usual place of **Abode**, who resides therein, who is fifteen (15) years of age or older and informed said person of the contents therein, in compliance with Florida State statute, §48.031(1)(a).

**Description** of Person Served: Age: 69, Sex: F, Race/Skin Color: Hispanic, Height: 5'4", Weight: 130, Hair: Dark Brown, Glasses: N

Under penalties of perjury, I swear or affirm, pursuant to Fla. Stat. § 92.525 that I have read the foregoing and the facts stated there are true. I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing in the county in which service was made.

_____
**Stefany Camejo**
Certified Process Server #2509

**Miami PSPI, LLC**
**1800 Coral Way, Suite 1511**
**Miami, FL 33145**
**(305) 285-4321**

Our Job Serial Number: NAY-2025000594