UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-21291-LEIBOWITZ/AUGUSTIN-BIRCH

SHELBY MAYES,

    Plaintiff,

vs.

J & J GREEN PAPER, INC. AND
MICHAEL SCOTT SEGAL,

    Defendants.
_____/

**ORDER GRANTING PLAINTIFF'S AGREED MOTION
FOR ENLARGEMENT OF TIME TO FILE STATEMENT OF CLAIM**

THIS CAUSE, having come before the Court on Plaintiff's Agreed Motion for Enlargement of Time to File Statement of Claim filed herein on April 21, 2025, and the Court, after having reviewed the Motion and being otherwise duly advised in the premises, it is ORDERED AND ADJUDGED that the Motion is GRANTED:

Plaintiff shall file her statement of Claim within by May 15, 2025, which is 14 days after Defendant, J & J Green Paper, Inc., provides her with the time and pay records for her employment (in no event more than the three (3) years prior to the filing of the initial Complaint in this action). [ECF No. 1.] To the extent not inconsistent herewith, the parties shall comply with the remainder of the Court's Order in Actions Brought Under the Fair Labor Standards Act at ECF No. 5.

DONE AND ORDERED in Chambers on this _____ day of April 2025.

                                                      _____
                                                        DAVID S. LEIBOWITZ
                                               UNITED STATES DISTRICT JUDGE

cc:    Counsel of record