UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 25-cv-21291 DSL

SHELBY MAYES,

    Plaintiff,

vs.

J & J GREEN PAPER, INC. AND
MICHAEL SCOTT SEGAL,

    Defendants.
_____/

FILED BY MC D.C.

APR 2 2 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Defendant, J & J Green Paper, Inc. respectfully requests an extension of sixteen [16] days to respond to the Complaint filed on March 20, 2025. The current deadline for filing an answer to the complaint for J & J Green Paper, Inc. is April 22, 2025. The current deadline to file an answer for Michael Scott Segal is May 8, 2025, based upon service of the summons. Defendant, Michael Scott Segal, is in the process of retaining counsel for both Defendants and requests the Court to extend the deadline for J & J Green Paper to respond to the Complaint through counsel on May 8, 2025, to align the response date for both Defendants.

Opposing counsel was contacted regarding this request and does not oppose the extension of time to May 8, 2025.

This is Defendant's first request for an extension. This motion is not made for the purposes of delay but to ensure a fair opportunity to obtain legal representation.

Respectfully submitted,

_____
Michael Scott Segal
J & J Green Paper, Inc.
2665 S. Bayshore Drive, Suite 1025
Miami, Florida 33133
(305) 381-0096
scott@jjgreenpaper.com

CERTIFICATE OF SERVICE

On April 22, 2025, I hand-delivered the Motion for Extension of Time to the Clerk's Office for the Southern District of Florida and provided a copy to counsel of record via email at brian@fairlawattorney.com.

_____
Michael Scott Segal