UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 25-cv-21291 DSL

SHELBY MAYES,

    Plaintiff,

vs.

J & J GREEN PAPER, INC. AND
MICHAEL SCOTT SEGAL,

    Defendants.
_____/

## ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

THIS CAUSE came before the Court on Defendant J & J Green Paper, Inc., Unopposed Motion for Extension of Time to Respond to Complaint. After reviewing the motion and being otherwise advised, it is

ORDERED AND ADJUDGED that the motion is **GRANTED**. The Defendant's Response is due on May 8, 2025.

DONE AND ORDERED at Fort Lauderdale, Florida this _____ day of April, 2025.

                                              **DAVID LEIBOWITZ**
                                              **UNITED STATES DISTRICT JUDGE**

cc:    All parties via E.C.F.