UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-21291-LEIBOWITZ/AUGUSTIN-BIRCH

SHELBY MAYES,

    Plaintiff,

vs.

J & J GREEN PAPER, INC. and
MICHAEL SCOTT SEGAL,

    Defendants.
_____/

**PLAINTIFF'S NOTICE OF COMPLIANCE WITH COURT'S ORDER [ECF NO. 5]**

    Plaintiff, Shelby Mayes, by and through her undersigned counsel, hereby notifies the Court and all parties to this action that Plaintiff has complied with the Court's Order in Actions Brought Under the Fair Labor Standards Act [ECF No. 5] by serving Defendants, J & J Green Paper, Inc. and Michael Scott Segal, with a copy of the Court's Order [ECF No. 5], Plaintiff's Statement of Claim [ECF No. 16], and all documents supporting Plaintiff's claims (Mayes 000001-000016) by email on May 15, 2025.

    Respectfully submitted this 15th day of May 2025,

                                    s/ Patrick Brooks LaRou
                                    Brian H. Pollock, Esq. (174742)
                                    brian@fairlawattorney.com
                                    Patrick Brooks LaRou, Esq. (1039018)
                                    brooks@fairlawattorney.com
                                    FAIRLAW FIRM
                                    135 San Lorenzo Avenue, Suite 770
                                    Coral Gables, Florida 33146
                                    Telephone: (305) 230-4884
                                    *Counsel for Plaintiff*