UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:25-cv-21291-LEIBOWITZ/AUGUSTIN-BIRCH

**SHELBY MAYES**,

    *Plaintiff,*

v.

**J & J GREEN PAPER, INC.,** *et al.*,

    *Defendants.*

_____/

## ORDER ON DEFAULT PROCEDURE

**THIS CAUSE** came before the Court upon a *sua sponte* review of the record. Defendants' response to the Amended Complaint was due on May 29, 2025. [ECF No. 15]; *see* Fed. R. Civ. P. 15(a)(3). To date, Defendants have failed to answer or otherwise respond. Accordingly, it is **ORDERED AND ADJUDGED** that Plaintiff shall submit a *motion for entry of Clerk's default* no later than **June 12, 2025**, that includes the certificate of service indicating that notice was sent to the Defendants, including the address to which it was sent. Plaintiff's failure to file for the *motion for entry of Clerk's default* within the specified time may result in a **dismissal** without prejudice and without further notice.

**DONE AND ORDERED** in the Southern District of Florida on June 1, 2025.

_____
DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:    counsel of record