UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 25-cv-21291 DSL

SHELBY MAYES,

     Plaintiff,

vs.

J & J GREEN PAPER, INC. AND
MICHAEL SCOTT SEGAL,

     Defendants.

_____/

## NOTICE OF APPEARANCE

     The undersigned counsel, Sabrina Vora-Puglisi hereby makes her appearance of record on behalf of Defendant's J & J Green Paper, Inc., and Michael Scott Segal. From this date forward, please direct all pleadings and papers to the undersigned.

     Respectfully submitted,

     /s/ Sabrina Puglisi
     Sabrina Vora-Puglisi
     Florida Bar # 0324360
     PUGLISI CARAMES, P.A.
     10 Canal Street, #328
     Miami Springs, Florida 33166
     Phone: (305) 403-8063
     Email: sabrina@puglisicarames.com

## CERTIFICATE OF SERVICE

     I certify that a copy hereof has been filed to all parties of record with CM/ECF on June 4, 2025.

     By: /s/ Sabrina Puglisi
     Sabrina Vora-Puglisi