UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 25-cv-21291 DSL

SHELBY MAYES,

    Plaintiff,

vs.

J & J GREEN PAPER, INC. AND
MICHAEL SCOTT SEGAL,

    Defendants.
_____/

## NOTICE STRIKING DEFENDANT'S MOTION FOR EXTENSION OF TIME

The Defendants, J & J Green Paper, Inc. and Michael Scott Segal, by and through undersigned counsel files the following Notice Striking Defendants' Motion for Extension of Time and states as follows:

On June 4, 2025 Defendant Michael Scott Segal filed a pro se Motion for Extension of Time to file a response to the Plaintiff's Statement of Claim (SOC). Subsequent to the filing, a response to the SOC was filed making the Motion moot.

For the foregoing reasons, the Defendant files this Notice Striking the Defendants' Motion for Extension of Time.

Respectfully submitted,

   /s/ Sabrina Puglisi
Sabrina Vora-Puglisi
Florida Bar # 0324360
PUGLISI CARAMES, P.A.
10 Canal Street, #328
Miami Springs, Florida 33166
Phone: (305) 403-8063
Email: sabrina@puglisicarames.com

## **CERTIFICATE OF SERVICE**

I certify that a copy hereof has been filed to all parties of record with CM/ECF on June 4, 2025.

By: /s/ Sabrina Puglisi
Sabrina Vora-Puglisi