UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:25-cv-21291-LEIBOWITZ/AUGUSTIN-BIRCH

**SHELBY MAYES**,

    *Plaintiff*,

v.

**J & J GREEN PAPER, INC.** and
**MICHAEL SCOTT SEGAL**,

    *Defendants*.
_____/

**ORDER**

**THIS CAUSE** is before the Court upon a *sua sponte* review of the docket.

On April 22, 2025, Defendant Michael Scott Segal filed an Unopposed Motion for Extension of Time to Respond to Complaint on behalf of Defendant J & J Green Paper [ECF No. 11]. On April 22, 2025, the Court struck the motion on the basis that as a non-lawyer, Mr. Segal may not represent the interests of J & J Green Paper, Inc. [ECF No. 12 at 1]. In its April 22, 2025, Order, the Court also ordered J & J Green Paper, Inc. to obtain counsel and respond to the Complaint no later than May 8, 2025. [*Id.* at 2]. On May 8, 2025, Mr. Segal filed an Answer on behalf of J & J Green Paper, Inc. [ECF No. 13]. For the same reasons explained by the Court in its April 22, 2025, Order [ECF No. 12], J & J Green Paper, Inc.'s Answer filed by Mr. Segal is hereby stricken. Mr. Segal may not file an Answer on behalf of J & J Green Paper, Inc., as a corporation may not represent itself but must be represented by counsel. *Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985) (citations omitted).

On May 15, 2025, Plaintiff filed an Amended Complaint against Defendants J & J Green Paper, Inc. and Mr. Segal. [ECF No. 15]. Defendants' response to the Amended Complaint was due on May 29, 2025. [ECF No. 15]; *see* Fed. R. Civ. P. 15(a)(3). Defendants failed to answer the Amended

Complaint or otherwise respond. Therefore, the Court ordered Plaintiff to submit a motion for entry of Clerk's default as to both Defendants no later than June 12, 2025. [ECF No. 19].

On June 4, 2025, Sabrina Vora-Puglisi filed a notice of appearance on behalf of both Defendants. [ECF No. 20]. The same day, Mr. Segal once against filed a Motion for Extension of Time to Respond to Plaintiff's Statement of Claim on behalf of both Defendants despite having previously been told that he cannot file any motions on behalf of Defendant J &J Green Paper, Inc. [ECF No. 23; ECF No. 12]. Defendants' counsel also the same day filed a Notice Striking Defendants' Motion for Extension of Time on the basis that Defendants submitted their response to Plaintiff's Statement of Claim and thus the motion was moot. [ECF No. 22]. While that may be true, the Court also strikes the motion on behalf of J & J Green Paper, Inc. on the basis that it was filed by Mr. Segal.

Defendants' Response to Plaintiff's Statement of Claim notes that the Amended Complaint was filed on May 15, 2025, but no certificate of service was provided, and the Amended Complaint was not received or served on the Defendants. [ECF No. 21 ¶ 2]. However, the Notice of Electronic Filing at ECF No. 15 reflects that while the Amended Complaint was not delivered electronically to Defendants, it was provided by other means to Defendants and lists the addresses for Defendants. Thus, it appears to the Court that Defendants were notified of the filing of the Amended Complaint and should have responded but failed to do so.

Now that both Defendants have counsel, Defendants shall file an Answer to the Amended Complaint **no later than June 11, 2025**. Plaintiff has been instructed to file a motion for clerk's default on June 12, 2025, and shall still file that motion if Defendants do not file an Answer by then.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that Defendants shall file an Answer to the Amended Complaint **no later than June 11, 2025**.

**DONE AND ORDERED** in the Southern District of Florida on June 6, 2025.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc: counsel of record