UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-21291-LEIBOWITZ/AUGUSTIN-BIRCH

SHELBY MAYES,

    Plaintiff,

vs.

J & J GREEN PAPER, INC. AND
MICHAEL SCOTT SEGAL,

    Defendants.
_____/

## NOTICE OF APPEARANCE AS COUNSEL FOR PLAINTIFF

    Katelyn Schickman, Esq., of the FairLaw Firm, notifies the Court and all parties of her appearance in this action as counsel for Plaintiff, Shelby Mayes, in this action and requests that all pleadings, correspondence, and documents related to this matter be served on her at the below address / email address.

    Dated this 10th day of June 2025.

                                                   s/Katelyn Schickman, Esq.
                                                 Katelyn Schickman, Esq. (1064879)
                                                 katie@fairlawattorney.com
                                                 FAIRLAW FIRM
                                                 135 San Lorenzo Avenue
                                                 Suite 770
                                                 Coral Gables, FL 33146
                                                 Tel:  305.230.4884
                                                 *Counsel for Plaintiff*