UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:25-cv-21291-LEIBOWITZ/AUGUSTIN-BIRCH

**SHELBY MAYES**,

      Plaintiff,

v.

**J & J GREEN PAPER, INC., et al.**,

      Defendants.

_____/

**STIPULATION FOR SUBSTITUTION OF COUNSEL**

Defendants, J & J Green Paper, Inc. and Michael Scott Segal ("Defendants"), and Sabrina Vora-Puglisi of Puglisi Caramés, and Lisa McKellar Poursine of McKellar Poursine, PLLC, hereby stipulate that McKellar Poursine, PLLC, shall be substituted as counsel for Defendants in the above-captioned matter and to the entry of the attached proposed order. Attorney Sabrina Puglisi is relieved as counsel for Defendants in this case.

All future documents and papers to be served in the above-captioned matter shall be served upon Lisa McKellar Poursine of McKellar Poursine, PLLC.

| | |
|---|---|
| **Lisa McKellar Poursine**<br>**McKellar Poursine, PLLC**<br>1900 N.Bayshore Drive, #1A-175<br>Miami, FL 33132<br>lisa@mckellarpoursine.com<br>vanessa@mckellarpoursine.com<br><br>By: */s/Lisa Mckellar Poursine*<br>   **LISA McKELLAR POURSINE, ESQ.**<br>   Florida Bar No: 65474 | **Sabrina D. Vora-Puglisi**<br>**Puglisi Caramés**<br>40 NW 3rd Street PH1<br>Miami, FL 33128<br>305-403-8063<br>Email: puglisilawfirm@gmail.com<br><br>By: */s/Sabrina Puglisi*<br>**SABRINA PUGLISI, ESQ.**<br>Florida Bar No: 324360 |

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on June 11, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will serve via transmission of Notices of Electronic Filing generated by CM/ECF on all counsel of record on the attached Service List.

                                    **McKellar Poursine, PLLC**
                                    1900 N. Bayshore Drive #1A-175
                                    Miami, FL 33132
                                    Tel: 305-721-2954
                                    lisa@mckellarpoursine.com
                                    vanessa@mckellarpoursine.com

By:   /s/ Lisa McKellar Poursine
                                    **Lisa McKellar Poursine, ESQ**.
                                    Florida Bar No: 65474

## SERVICE LIST

CASE NO. 1:25-cv-21291

**Counsel for Plaintiff**
Brian Howard Pollock
FairLaw Firm
135 San Lorenzo Avenue, Suite 770
Coral Gables, FL 33146
305-230-4884
Fax: 305-230-4844
Email: brian@fairlawattorney.com

Katelyn Schickman
15870 S.W. 42 Terrace
Miami, FL 33185
305-450-1439
Email: katelyn90600@gmail.com

Patrick Brooks LaRou
FairLaw Firm
135 San Lorenzo Avenue, Suite 770
Coral Gables, FL 33146
305-928-4893
Email: brooks@fairlawattorney.com

**Counsel for Defendants**
Lisa McKellar Poursine, Esq.
McKellar Poursine, PLLC
1900 N.Bayshore Drive, #1A-175
Miami, FL 33132
lisa@mckellarpoursine.com
vanessa@mckellarpoursine.com

Sabrina D. Vora-Puglisi
Puglisi Caramés
40 NW 3rd Street PH1
Miami, FL 33128
305-403-8063
Email: puglisilawfirm@gmail.com