UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:25-cv-21291-LEIBOWITZ/AUGUSTIN-BIRCH

**SHELBY MAYES**,

    Plaintiff,

v.

**J & J GREEN PAPER, INC., et al.**,

    Defendants.

_____/

## ORDER OF SUBSTITUTION OF COUNSEL

THIS MATTER coming before the Court on the Stipulation for Substitution of Counsel and the Court, being dully advised in the premises, is hereby:

ORDERED and ADJUDGED:

Sabrina Vora-Puglisi of Puglisi Caramés is hereby relieved as counsel for the Defendants and shall have no further responsibility in this matter, and that Lisa McKellar Poursine, Esq. of McKellar Poursine, 1900 N. Bayshore Drive, #1A-175, Miami, FL 33132, Tel: 305-721-2954, lisa@mckellarpoursine.com is hereby substituted as counsel for Defendants.

DONE and ORDERED in Chambers in Miami, Miami-Dade County, Florida, this _____ day of _____ 2025.

 

_____
DAVID S. LEIBOWITZ
United States District Judge

Copies furnished to counsel of record.

## SERVICE LIST
CASE NO. 1:25-cv-21291

**Counsel for Plaintiff**
Brian Howard Pollock
FairLaw Firm
135 San Lorenzo Avenue, Suite 770
Coral Gables, FL 33146
305-230-4884
Fax: 305-230-4844
Email: brian@fairlawattorney.com

Katelyn Schickman
15870 S.W. 42 Terrace
Miami, FL 33185
305-450-1439
Email: katelyn90600@gmail.com

Patrick Brooks LaRou
FairLaw Firm
135 San Lorenzo Avenue, Suite 770
Coral Gables, FL 33146
305-928-4893
Email: brooks@fairlawattorney.com

**Counsel for Defendants**
Lisa McKellar Poursine, Esq.
McKellar Poursine, PLLC
1900 N.Bayshore Drive, #1A-175
Miami, FL 33132
lisa@mckellarpoursine.com
vanessa@mckellarpoursine.com

Sabrina D. Vora-Puglisi
Puglisi Caramés
40 NW 3rd Street PH1
Miami, FL 33128
305-403-8063
Email: puglisilawfirm@gmail.com