UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:25-cv-21291-LEIBOWITZ/AUGUSTIN-BIRCH

SHELBY MAYES,

    *Plaintiff,*

v.

J & J GREEN PAPER, INC., *et al.*,

    *Defendants.*

_____/

## ORDER

**THIS CAUSE** is before the Court on Defendants' Stipulation for Substitution of Counsel ("the Stipulation") [ECF No. 29], filed on June 10, 2025. Being fully advised, it is **ORDERED AND ADJUDGED** that the law firm of McKellar Poursine, PLLC is substituted as counsel in place of attorney Sabrina Vora-Puglisi at the law firm Puglisi Caramés for the Defendants. Within **five (5) days** of the entry of this Order, attorneys at the law firm of Puglisi Caramés must send Defendants a copy of this Order and file a notice with the Court certifying the same, after which the clerk is directed to terminate the attorneys from Puglisi Caramés from this case. The attorneys at Puglisi Caramés will have no further responsibility in this case as to Defendants.

**DONE AND ORDERED** in the Southern District of Florida on June 11, 2025.

_____
DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:    counsel of record