UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 25-cv-21291 DSL

SHELBY MAYES,

     Plaintiff,

vs.

J & J GREEN PAPER, INC., et al.
     Defendants.

_____/

## NOTICE OF COMPLIANCE CERTIFYING SERVICE OF ORDER ON SUBSTITUTION OF COUNSEL

Undersigned counsel hereby files this Notice of Compliance certifying that the Order on Substitution of Counsel, dated June 11, 2025, has been served by email with receipt of acceptance by Defendants Michael Scott Segal and J & J Green Paper, Inc.

Respectfully submitted,

   /s/ Sabrina Puglisi
Sabrina Vora-Puglisi
Florida Bar # 0324360
PUGLISI CARAMES, P.A.
10 Canal Street, #328
Miami Springs, Florida 33166
Phone: (305) 403-8063
Email: sabrina@puglisicarames.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 12, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will serve via transmission of Notices of Electronic Filing generated by CM/ECF on all counsel of record on the attached Service List.

By:  /s/ Sabrina Puglisi
       Sabrina Vora-Puglisi