UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-21291-LEIBOWITZ/AUGUSTIN-BIRCH

SHELBY MAYES,

    Plaintiff,

vs.

J & J GREEN PAPER, INC. AND
MICHAEL SCOTT SEGAL,

    Defendants.
_____/

## NOTICE OF APPEARANCE AS COUNSEL FOR PLAINTIFF

Gaelle W. Colas, Esq., of the FairLaw Firm, notifies the Court and all parties of her appearance in this action as counsel for Plaintiff, Shelby Mayes, in this action and requests that all pleadings, correspondence, and documents related to this matter be served on her at the below address / email address.

Dated this 19th day of June 2025.

                                                        s/Gaelle W. Colas, Esq.
                                                        Gaelle W. Colas, Esq. (100681)
                                                        gaelle@fairlawattorney.com
                                                        FAIRLAW FIRM
                                                        135 San Lorenzo Avenue
                                                        Suite 770
                                                        Coral Gables, FL 33146
                                                        Tel:  305.230.4884
                                                        *Counsel for Plaintiff*