UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:25-cv-21291-LEIBOWITZ/AUGUSTIN-BIRCH

**SHELBY MAYES**,

    *Plaintiff,*

*v.*

**J & J GREEN PAPER, INC.,** *et al.*,

    *Defendants.*

_____/

## ORDER

**THIS CAUSE** is before the Court upon a *sua sponte* review of the docket. On June 3, 2025, this Court ordered the parties to file certificates of interested parties no later than June 13, 2025. [ECF No. 24]. It is beyond past the deadline and Defendants have not filed their certificate of interested parties. Accordingly, it is hereby **ORDERED AND ADJUDGED** that Defendants shall file a certificate of interested parties **no later than July 17, 2025**.

**DONE AND ORDERED** in the Southern District of Florida on July 15, 2025.

*[signature]*
DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:    counsel of record