UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:25-cv-21291-LEIBOWITZ/AUGUSTIN-BIRCH

**SHELBY MAYES**,

    Plaintiff,

v.

**J & J GREEN PAPER, INC., et al.**,

    Defendants.

_____/

**DEFENDANT, J&J GREEN PAPER, INC.'S**
**CERTIFICATE OF INTERESTED PARTIES**

Defendant, J&J GREEN PAPER, INC. ("Defendant J&J"), by and through his undersigned counsel, Lisa McKellar Poursine of McKellar Poursine, PLLC, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and this Court's Order dated July 15, 2025 hereby declares that it is not a subsidiary or parent company of any company. No publicly-held corporation owns 10% or more of Defendant J&J's stock. There are no other interested parties aside from the ones involved in this case. Further, Defendant J&J will promptly file a supplemental statement if any of the required information changes.

July 16, 2025                                           Respectfully submitted,

                                                                **Lisa McKellar Poursine**
                                                                 **McKellar Poursine, PLLC**
                                                                 1900 N.Bayshore Drive, #1A-175
                                                                 Miami, FL 33132
                                                                 lisa@mckellarpoursine.com

                                                                 By: */s/Lisa Mckellar Poursine*
                                                                     **LISA McKELLAR POURSINE, ESQ.**
                                                                     **Florida Bar No: 65474**

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 16, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will serve via transmission of Notices of Electronic Filing generated by CM/ECF on all counsel of record on the attached Service List.

**McKellar Poursine, PLLC**
1900 N. Bayshore Drive #1A-175
Miami, FL 33132
Tel: 305-721-2954
lisa@mckellarpoursine.com
vanessa@mckellarpoursine.com


By: /s/ Lisa McKellar Poursine
**Lisa McKellar Poursine, ESQ**.
Florida Bar No: 65474

## SERVICE LIST

CASE NO. 1:25-cv-21291

**Counsel for Plaintiff**
Brian Howard Pollock
FairLaw Firm
135 San Lorenzo Avenue, Suite 770
Coral Gables, FL 33146
305-230-4884
Fax: 305-230-4844
Email: brian@fairlawattorney.com

Katelyn Schickman
15870 S.W. 42 Terrace
Miami, FL 33185
305-450-1439
Email: katelyn90600@gmail.com

Patrick Brooks LaRou
FairLaw Firm
135 San Lorenzo Avenue, Suite 770
Coral Gables, FL 33146
305-928-4893
Email: brooks@fairlawattorney.com

**Counsel for Defendants**
Lisa McKellar Poursine, Esq.
McKellar Poursine, PLLC
1900 N.Bayshore Drive, #1A-175
Miami, FL 33132
lisa@mckellarpoursine.com
vanessa@mckellarpoursine.com

Sabrina D. Vora-Puglisi
Puglisi Caramés
40 NW 3rd Street PH1
Miami, FL 33128
305-403-8063
Email: puglisilawfirm@gmail.com