UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:25-cv-21291-LEIBOWITZ/AUGUSTIN-BIRCH

SHELBY MAYES,

    *Plaintiff,*

v.

J & J GREEN PAPER, INC., *et al.*,

    *Defendants.*
_____/

## NOTICE SETTING STATUS CONFERENCE

PLEASE TAKE NOTICE that a status conference is scheduled for this case on **Wednesday, August 27, 2025, at 2:00 p.m.** Absent good cause, counsel of record (and *pro se* parties) must attend in person at the Courtroom on the 9th Floor of the C. Clyde Atkins U.S. Courthouse, **301 N. Miami Avenue, Miami, Florida 33128**. The cases below will be called at the status conference:

    *Valdez v. Lloyd Jones LLC,* No. 0:23-cv-61807-DSL
    *James v. United States of America,* No. 0:24-cv-60158-DSL
    *Jones v. Georgette Phillipe,* No. 0:24-cv-60929-DSL
    *Gotham Insurance Company v. Latite Roofing and Sheet Metal, LLC,* No.0:24-cv-62007-DSL
    *Novoa v. Acordis Information Systems, Inc et al.,* No. 0:25-cv-60770-DSL
    *Sheil v. Hillstone Restaurant Group, Inc.,* No. 0:25-cv-60800-DSL
    *SPITZA v. Carnival Corp.,* No. 1:24-cv-20279-DSL
    *Diaz v. Inland Management Corporation et al.* No. 0:24-cv-61136-DSL
    *Beasley v. Reality House, Inc. et al.,* No. 0:24-cv-60994-DSL
    *Theodore v. Expoships, LLLP et al.,* No. 0:25-cv-60326-DSL
    *Horta v. Blue Cross and Blue Shield of Florida, Inc.,* No. 0:25-cv-60356-DSL
    *Lopez v. Equifax Information Services, LLC, et al.,* No. 0:25-cv-60666-DSL
    *Lozano v. Milanni's LLC et al.,* No. 1:25-cv-21856-DSL
    *Dixon v. ESA Mgmt., LLC,* No. 0:25-cv-61214-DSL
    *Spires v. Miami-Dade Cnty, et al.,* No. 1:23-cv-62884-DSL
    *Borgella v. Tiger Petroleum, Inc., et al.,* No. 0:25-cv-60353-DSL
    *Mayes v. J & J Green Paper, Inc., et al.,* No. 1:25-cv-21291-DSL
    *Milord v. Nationwide Tax Pro, Inc., et al.,* No. 0:24-cv-62120-DSL
    **Stannard v. Goldoro Developments, Inc., et al.**, No. 9:24-cv-81521-DSL

Accordingly, it is hereby **ORDERED** as follows:

1. The parties (unless *pro se*) are **not** required to appear. *Pro se* parties <u>must</u> appear.

2. If the parties settle before the conference date, they shall promptly file a notice on the docket informing the Court of the settlement.

3. Plaintiff's counsel must appear with the entire case file at hand. **If any of the Defendants have not yet appeared, then Plaintiff must serve a copy of this Order on any such Defendant within two (2) business days of this Order.**

4. Counsel are **ORDERED** to confer with opposing counsel beforehand to confirm mutual attendance.

5. *The Clerk* is DIRECTED to file this Order in the above-captioned case ONLY: *Mayes v. J & J Green Paper, Inc., et al.*, No. 1:25-cv-21291-DSL. Separate orders will be issued for each of the cases called for the August 27, 2025, status conference, which orders will be docketed separately in each of those cases.

**DONE AND ORDERED** in the Southern District of Florida on July 23, 2025.

_____
DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc: counsel of record