UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:25-cv-21291-LEIBOWITZ/AUGUSTIN-BIRCH

**SHELBY MAYES**,

    Plaintiff,

v.

**J & J GREEN PAPER, INC., et al.**,

    Defendants.

_____/

## ORDER ON DEFENDANTS' MOTION TO POSTPONE THE SETTLEMENT CONFERENCE SCHEDULED FOR AUGUST 4, 2025 AND EXTEND THE DEADLINE TO FILE THE CONFIDENTIAL SETTLEMENT MEMORANDUM

THIS MATTER coming before the Court on the Defendants' Motion to Postpone the Settlement Conference Scheduled for August 4, 2025 and Extend the Deadline to File the Confidential Settlement Memorandum and the Court, being dully advised in the premises, is hereby:

ORDERED and ADJUDGED:

The Court will issue an Amended Order Scheduling Settlement Conference, such that the conference will not occur until at least two (2) weeks after Monday, August 4, 2025 and the Confidential Settlement Memorandum from the parties will not be due until one week prior to the rescheduled conference.

DONE and ORDERED in Chambers in Miami, Miami-Dade County, Florida, this _____ day of _____ 2025.

 

_____
DAVID S. LEIBOWITZ
United States District Judge

Copies furnished to counsel of record.

## SERVICE LIST
CASE NO. 1:25-cv-21291

**Counsel for Plaintiff**
Brian Howard Pollock
FairLaw Firm
135 San Lorenzo Avenue, Suite 770
Coral Gables, FL 33146
305-230-4884
Fax: 305-230-4844
Email: brian@fairlawattorney.com

Katelyn Schickman
15870 S.W. 42 Terrace
Miami, FL 33185
305-450-1439
Email: katelyn90600@gmail.com

Patrick Brooks LaRou
FairLaw Firm
135 San Lorenzo Avenue, Suite 770
Coral Gables, FL 33146
305-928-4893
Email: brooks@fairlawattorney.com

**Counsel for Defendants**
Lisa McKellar Poursine, Esq.
McKellar Poursine, PLLC
1900 N.Bayshore Drive, #1A-175
Miami, FL 33132
lisa@mckellarpoursine.com
vanessa@mckellarpoursine.com

Sabrina D. Vora-Puglisi
Puglisi Caramés
40 NW 3rd Street PH1
Miami, FL 33128
305-403-8063
Email: puglisilawfirm@gmail.com