UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:25-cv-21291-LEIBOWITZ/AUGUSTIN-BIRCH

**SHELBY MAYES**,
    *Plaintiff,*

v.

**J & J GREEN PAPER, INC.**, *et al.*,
    *Defendants.*
_____/

## ORDER

**THIS CAUSE** is before the Court upon Plaintiff's Unopposed Motion to Withdraw as Counsel for Plaintiff (the "Motion") [ECF No. 43], filed on August 12, 2025. In the Motion, Plaintiff's counsel, Brian H. Pollock, seeks withdrawal of attorney Gaelle W. Collas given that he is no longer affiliated with their law firm. [*Id.* ¶ 1]. Defendants do not oppose withdrawal. [*Id.* ¶ 3].

Accordingly, upon due consideration, it is hereby **ORDERED AND ADJUDGED** as follows:

    1.    The Motion [**ECF No. 43**] is **GRANTED**.

    2.    The *Clerk of Court* is *directed* to remove withdrawing counsel, Gaelle W. Collas, from the case.

    3.    Gaelle W. Collas shall be relieved of all further responsibilities related to Plaintiff in these proceedings. Brian H. Pollock and FairLaw Firm will remain as counsel for Plaintiff.

**DONE AND ORDERED** in the Southern District of Florida on August 13, 2025.

                                                                   DAVID S. LEIBOWITZ
                                                                   UNITED STATES DISTRICT JUDGE

cc:  counsel of record