UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:25-cv-21291-LEIBOWITZ/AUGUSTIN-BIRCH

**SHELBY MAYES**,
    *Plaintiff,*

v.

**J & J GREEN PAPER, INC.**, *et al.*,
    *Defendants.*
_____/

## ORDER

The Court held a status conference on August 27, 2025, at which counsel for Plaintiff and Defendants appeared. [*See* ECF No. 46]. The Court made rulings at the August 27, 2025 status conference, which are memorialized in this Order. To the extent the Court made additional or more detailed rulings on the record that are not memorialized in this written Order, those rulings are binding on the parties as set forth on the record.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The parties are **INSTRUCTED** to file a notice on the docket reflecting the result of the settlement conference set before Judge Augustin-Birch on September 2, 2025, **no later than September 3, 2025**.

2. In the event the matter is not settled, the parties are **FURTHER INSTRUCTED** to file a joint scheduling report, as required by Local Rule 16.1, **no later than September 12, 2025**.

**DONE AND ORDERED** in the Southern District of Florida on August 28, 2025.

_____
DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:    counsel of record