UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:25-cv-21291-LEIBOWITZ/AUGUSTIN-BIRCH

SHELBY MAYES,

     *Plaintiff,*

v.

J & J GREEN PAPER, INC., *et al.*,

     *Defendants.*

_____/

## ORDER

**THIS CAUSE** is before the Court upon a *sua sponte* review of Judge Augustin-Birch's September 2, 2025, Paperless Order, stating that the parties settled the matter over the holiday weekend. [ECF No. 48]. The parties are hereby directed to file a stipulation of dismissal of all claims signed by all parties pursuant to Rule 41(a) of the Federal Rules of Civil Procedure within thirty (30) days from the date of this Order. If such papers are not filed within the time specified, this matter will be dismissed, and the Court will be divested of jurisdiction to enforce the settlement agreement. The **Clerk of Court** is INSTRUCTED to ADMINISTRATIVELY CLOSE this case. All pending motions, if any, are **DENIED** as moot.

     **DONE AND ORDERED** in the Southern District of Florida on September 8, 2025.

                          _____
                          DAVID S. LEIBOWITZ
                          UNITED STATES DISTRICT JUDGE

cc:     counsel of record