UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE 1:25-cv-21291-LEIBOWITZ/AUGUSTIN-BIRCH

**SHELBY MAYES**,

        Plaintiff,

v.

**J & J GREEN PAPER, INC., et al.**,

        Defendants.

_____/

## ORDER GRANTING JOINT MOTION TO APPROVE THE PARTIES' SETTLEMENT AGREEMENT

**THIS CAUSE** came before the Court upon the parties' Joint Motion for Entry of Order Approving Settlement and Dismissing the Case with Prejudice, and the Court having reviewed the motion and the file in this cause, having noted the agreement of the parties and being otherwise fully advised in the premises, it is hereby

**ORDERED and ADJUDGED** that the parties' settlement is hereby **APPROVED** as fair and reasonable. It is further ordered that this action is **DISMISSED WITH PREJUDICE**. The Court retains jurisdiction for 60 days to enforce the terms of the parties' settlement, should such enforcement become necessary.

**DONE AND ORDERED** in Chambers, in Miami, Miami-Dade County, Florida this \_\_\_\_\_ day of September, 2025.

                                          _____
                                          **DAVID S. LEIBOWITZ**
                                          **UNITED STATES DISTRICT JUDGE**

Copies provided to:
All Counsel of Record