UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:25-cv-21291-LEIBOWITZ/AUGUSTIN-BIRCH

**SHELBY MAYES**,

    *Plaintiff,*

*v.*

**J & J GREEN PAPER, INC.,** *et al.*,

    *Defendants.*
_____/

## ORDER OF REFERENCE TO MAGISTRATE JUDGE

**THIS CAUSE** is before the Court on the parties' Joint Motion for Entry of Order Approving Settlement and Dismissing Case with Prejudice ("the Motion") [ECF No. 50], filed on September 25, 2025. In all FLSA cases, if the case is resolved by way of settlement, judicial review and approval of the settlement is necessary to give the settlement final and binding effect. *See Lynn's Food Stores, Inc. v. U.S. Dep't of Lab.*, 679 F.2d 1350, 1353 (11th Cir. 1982). Upon due consideration, the Motion [**ECF No. 50**] is referred to **United States Magistrate Judge Panayotta Augustin-Birch** for a report and recommendation.

**DONE AND ORDERED** in the Southern District of Florida on September 26, 2025.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc: counsel of record