UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-21291-LEIBOWITZ/AUGUSTIN-BIRCH

SHELBY MAYES,

    Plaintiff,

vs.

J & J GREEN PAPER, INC. AND
MICHAEL SCOTT SEGAL,

    Defendants.
_____/

**JOINT CONSENT TO U.S. MAGISTRATE JUDGE JURISDICTION**

    In accordance with the provisions of 28 U.S.C. §636(c), the undersigned parties voluntarily waive their right to proceed before a District Judge of this Court and consent to have the United States Magistrate Judge currently assigned to these proceedings (Magistrate Judge Panayotta Augustin-Birch) conduct all further proceedings in this case, including the trial and order the entry of a final judgment. The parties do not consent to reassignment to any other or successor Magistrate Judge.

    Dated this 26th day of September 2025.

| | |
|---|---|
| s/Brian H. Pollock, Esq. | s/Lisa McKellar Poursine, Esq. |
| Brian H. Pollock, Esq. (174742) | Lisa McKellar Poursine, Esq. |
| brian@fairlawattorney.com | Fla. Bar No.: 65474 |
| FAIRLAW FIRM | lisa@mckellarpoursine.com |
| 135 San Lorenzo Avenue | McKELLAR POURSINE, PLLC |
| Suite 770 | 1900 N Bayshore Dr #1A-175, Miami, |
| Coral Gables, FL 33146 | FL 33132 |
| Tel:   305.230.4884 | Tel: (786) 853-3915 |
| *Counsel for Plaintiff* | *Counsel for Defendants* |