

**FairLaw Firm**
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Phone: +13052304884
Email: intake@fairlawattorney.com
Website: https://fairlawattorney.com/

**To:**
Shelby Mayes

**INVOICE**

**Open (Not Sent)**

**Invoice #** 753

**Invoice Date:** 10/1/2025

| Amount due |
|---|
| 19,463.24 |

## Services

| Date | Staff Member | Category | Description | Duration | Total |
|---|---|---|---|---|---|
| 2/19/2025 | Brian H. Pollock Esq. | Draft/revise | Draft Preservation Letter to Client | 0.30 | 150.00 |
| 2/19/2025 | Steffany Sanguino | Paralegal | We received the client's DL. | 0.10 | 16.50 |
| 2/19/2025 | Steffany Sanguino | Paralegal | I drafted an email to the client introducing myself and requesting all the documents pertaining to the case. | 0.30 | 49.50 |
| 2/20/2025 | Steffany Sanguino | Paralegal | The client has informed us that he doesn't have access to his work emails. However, she has all communications regarding the absence of her last paycheck, including emails from workforce management and Scott Segal. | 0.20 | 33.00 |
| 2/20/2025 | Steffany Sanguino | Paralegal | I emailed the client requesting the documents she has regarding the absence of her last paycheck. | 0.20 | 33.00 |
| 2/20/2025 | Steffany Sanguino | Paralegal | Received, reviewed, and organized additional documents from the client, including bank statements. The client confirmed she has a copy of the physical handbook and will drop it off at our office. | 0.30 | 49.50 |
| 2/20/2025 | Steffany Sanguino | Paralegal | The client has confirmed she has text messages she will produce for us. | 0.20 | 33.00 |
| 2/21/2025 | Steffany Sanguino | Paralegal | Received, reviewed, and organized emails the client forwarded to us based on her last conversation with J&J. | 0.20 | 33.00 |
| 2/24/2025 | Steffany Sanguino | Paralegal | We received the WhatsApp chat between the client and JJGP with no images. I requested the client to provide us with the media images as well. | 0.20 | 33.00 |
| 2/26/2025 | Steffany Sanguino | Paralegal | I emailed the client to follow up with the media from the WhatsApp chat with JJGP and the rest of the documents that will help get the case started. | 0.20 | 33.00 |
| 2/27/2025 | Steffany Sanguino | Paralegal | I received the 30 minute voice recording of "hostile Staff Meeting" and the complete WhatsApp chat with the media with JJGP. | 0.70 | 115.50 |
| 2/27/2025 | Steffany Sanguino | Paralegal | I emailed the client to f.u with her W2 or 1099 from 2024, as our records show she was employed with the defendant from September 2024 - January 2025. | 0.20 | 33.00 |
| 2/28/2025 | Steffany Sanguino | Paralegal | In conversation with the client, she confirmed the dates of employment. She also informed me she never received a | 0.30 | 49.50 |

| Date | Name | Type | Description | Hours | Amount |
|---|---|---|---|---|---|
| | | | W2 or 1099 from the defendant. | | |
| 3/3/2025 | Steffany Sanguino | Paralegal | I provided the client with an update. I informed her we are collecting all documents/information so we can start building her case. As soon as we send the demand letter, we will inform her. | 0.20 | 33.00 |
| 3/4/2025 | Brooks LaRou Esq. | Phone Call | Phone call with client clarifying that we will proceed by filing a Complaint for her rather than sending out a demand letter. | 0.10 | 32.50 |
| 3/5/2025 | Steffany Sanguino | Paralegal | I emailed the client to confirm if she has more documents or already provided us with everything he has. | 0.20 | 33.00 |
| 3/5/2025 | Steffany Sanguino | Paralegal | The client has confirmed she provided us with all the documents in her possession. | 0.10 | 16.50 |
| 3/17/2025 | Brooks LaRou Esq. | Draft/revise | Prepared initial draft of Complaint. | 1.00 | 325.00 |
| 3/17/2025 | Brooks LaRou Esq. | Draft/revise | Drafted FMWA presuit demand letter. | 0.50 | 162.50 |
| 3/18/2025 | Steffany Sanguino | Paralegal | I emailed the client to f.u with her approval to the complaint. | 0.20 | 33.00 |
| 3/18/2025 | Steffany Sanguino | Paralegal | I texted the client to f.u with her approval to the complaint. | 0.10 | 16.50 |
| 3/19/2025 | Steffany Sanguino | Paralegal | I received an email from the client approving the complaint. | 0.10 | 16.50 |
| 3/19/2025 | Steffany Sanguino | Paralegal | Drafted and sent an email to our client requesting a list of potential witnesses for the case. The email included specific instructions on the types of witnesses needed | 0.20 | 33.00 |
| 3/19/2025 | Steffany Sanguino | Paralegal | Conducted comprehensive legal research to ascertain the correct address for Michael Scott Segal to issue a summons. This included, reviewing public records and databases | 0.30 | 49.50 |
| 3/19/2025 | Brooks LaRou Esq. | Email Communication | Receipt of email from client approving draft of Complaint. | 0.10 | 32.50 |
| 3/19/2025 | Brooks LaRou Esq. | Draft/revise | Finalized/re-dated Complaint for filing. | 0.10 | 32.50 |
| 3/19/2025 | Brooks LaRou Esq. | Unassigned | Conferral with Juan Aragon regarding preparing civil cover sheet for filing Complaint, and summonses to J & J Green Paper and Michael Scott Segal. | 0.10 | 32.50 |
| 3/19/2025 | Brooks LaRou Esq. | Email with Client | Email to client confirming that we will proceed by filing her Complaint, and setting call to discuss next steps of the case. | 0.10 | 32.50 |
| 3/19/2025 | Steffany Sanguino | Draft/revise | Drafted summonses (x2) for service on J & J Green Paper, Inc. and Michael Scott Segal | 0.40 | 66.00 |
| 3/19/2025 | Steffany Sanguino | Draft/revise | Draft civil cover sheet | 0.20 | 33.00 |
| 3/19/2025 | Brooks LaRou Esq. | Phone Call | Phone call with client regarding filing Complaint, sending out FMWA presuit demand letter, and next steps of case. | 0.50 | 162.50 |

| Date | Name | Category | Description | Hours | Amount |
|---|---|---|---|---|---|
| 3/19/2025 | Brooks LaRou Esq. | Draft/revise | Drafted Notice of Appearance as Plaintiff's Counsel. | 0.10 | 32.50 |
| 3/20/2025 | Steffany Sanguino | Paralegal | Receipt and review information regarding the client's witnesses, which will be disclosed in our Rule 26. | 0.30 | 49.50 |
| 3/20/2025 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Receipt and review of Clerk's Notice of Judge Assignment. | 0.10 | 32.50 |
| 3/20/2025 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Receipt and review of Summonses issued as to both Defendants. | 0.10 | 32.50 |
| 3/20/2025 | Brooks LaRou Esq. | Unassigned | Conferral with Juan Aragon regarding filing Notice of Appearance. | 0.10 | 32.50 |
| 3/20/2025 | Steffany Sanguino | Paralegal | I drafted the NOA for Brooks. | 0.20 | 33.00 |
| 3/20/2025 | Steffany Sanguino | Paralegal | I drafted a letter enclosing the complaint file and what to expect to the client. | 0.30 | 49.50 |
| 3/20/2025 | Steffany Sanguino | Paralegal | I issued the summons for service on the Defendant's | 0.20 | 33.00 |
| 3/21/2025 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Receipt and review of Court's Order in FLSA Actions. | 0.10 | 32.50 |
| 3/21/2025 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Receipt and review of Court's Order in Cases with Multiple Defendants. | 0.10 | 32.50 |
| 3/21/2025 | Brooks LaRou Esq. | Email with Client | Receipt of email from client regarding her questions about consenting to jurisdiction of Magistrate Judge and calculation for Statement of Claim, and confirming her disclosure of all witnesses and evidence in her possession. | 0.10 | 32.50 |
| 3/21/2025 | Brooks LaRou Esq. | Email with Client | Email to client responding to her questions regarding consent to jurisdiction of Magistrate Judge and calculation for Statement of Claim. | 0.30 | 97.50 |
| 3/24/2025 | Steffany Sanguino | Paralegal | I emailed the process server to obtain an update on the defendant's service. | 0.20 | 33.00 |
| 3/24/2025 | Steffany Sanguino | Paralegal | Update received from the process server regarding Michael Scott's service, 3/24/2025 11:57 AM Attempted service at 2665 South Bayshore Drive, Suite 1025, Miami, FL 33133. The door is locked. No one is present. | 0.10 | 16.50 |
| 3/28/2025 | Steffany Sanguino | Paralegal | We received an update from the process server regarding defendant Michael Scott's service; 3/28/2025 4:49 PM Attempted service at 2665 South Bayshore Drive, Suite 1025, Miami, FL 33133. The door is locked. No answer and no one is present | 0.10 | 16.50 |
| 4/1/2025 | Steffany Sanguino | Paralegal | We received an update from the process server regarding service on the defendant Michael Scott; 4/1/2025 10:29 AM Attempted service at 2665 South Bayshore Drive, Suite 1025, Miami, FL 33133. Rick Bulman, the CEO, says Michael is not in today. He took my contact card to pass along. | 0.10 | 16.50 |
| 4/3/2025 | Steffany | Paralegal | Receipt of return of service on defendant J&J Green | 0.10 | 16.50 |

| | Sanguino | | Paper. | | |
|---|---|---|---|---|---|
| 4/3/2025 | Steffany Sanguino | Paralegal | I drafted the NOF for the return of service on Defendant J&J. | 0.30 | 49.50 |
| 4/4/2025 | Steffany Sanguino | Paralegal | Initiated the first draft of the Rule 26 disclosures and overview information, including case-related documents, photos, and witness evaluation. | 0.30 | 49.50 |
| 4/7/2025 | Steffany Sanguino | Paralegal | I emailed the client to f.u with information on certain witnesses we received. | 0.20 | 33.00 |
| 4/7/2025 | Steffany Sanguino | Paralegal | Preparation overview for our Rule 26 disclosures, including reviewing all relevant case-related documents, photo analysis, witness evaluation, and information compilation | 0.60 | 99.00 |
| 4/8/2025 | Steffany Sanguino | Paralegal | I received information regarding the client's witnesses that will be used in our Rule 26 disclosures. | 0.20 | 33.00 |
| 4/8/2025 | Steffany Sanguino | Paralegal | The client wanted to confirm if we will be requesting her 1099. | 0.10 | 16.50 |
| 4/8/2025 | Steffany Sanguino | Paralegal | I emailed the client to inform her we would request 1099 for her, and we would inform her once it was received. | 0.20 | 33.00 |
| 4/9/2025 | Steffany Sanguino | Paralegal | I provided the client with an update. I informed her that the defendant's answers are due on April 22nd, and we are still trying to serve Michael Scott. | 0.20 | 33.00 |
| 4/9/2025 | Steffany Sanguino | Paralegal | Conducted legal research on the defendant Michael Scott. I was able to find the following resident address, 11901 SW 63RD AVE, MIAMI, FL 33156-4803. | 0.20 | 33.00 |
| 4/9/2025 | Steffany Sanguino | Paralegal | I emailed the process server requesting to serve defendant Michael Scott to 11901 SW 63RD AVE, MIAMI, FL 33156-4803. | 0.20 | 33.00 |
| 4/10/2025 | Steffany Sanguino | Paralegal | Receipt of return of non-service to Michael Scott. | 0.10 | 16.50 |
| 4/14/2025 | Brooks LaRou Esq. | Phone Call | Receipt of voicemail from client requesting update on whether J & J has provided us with her tax reporting form for 2024. | 0.10 | 32.50 |
| 4/14/2025 | Brooks LaRou Esq. | Email Communication | Email to Aymeth Loya and Renay Fonseca of J&J Green Paper requesting client's tax reporting documentation. | 0.10 | 32.50 |
| 4/14/2025 | Brooks LaRou Esq. | Phone Call | Phone call with client regarding J&J's failure to provide her with tax reporting documentation, and our request for the same. | 0.20 | 65.00 |
| 4/15/2025 | Brooks LaRou Esq. | Email Communication | Receipt of email from Michael Scott Segal regarding his/J&J's retention of counsel (Lisa McKellar Poursine) and directing all further correspondence to Ms. Poursine. | 0.10 | 32.50 |
| 4/15/2025 | Brooks LaRou Esq. | Phone Call | Phone call with client regarding Scott Segal's email response to our request for client's tax reporting documentation, and J&J's retention of attorney to defend against lawsuit. | 0.20 | 65.00 |
| 4/15/2025 | Steffany Sanguino | Paralegal | We received an email from the client regarding her 1099 from 2024. The client has not been able to do her taxes because she hasn't received the 1099. | 0.10 | 16.50 |
| 4/15/2025 | Steffany Sanguino | Paralegal | Receipt of an update from the process server regarding service on Michael Scott. 4/11/2025 12:31 pm Attempted service at 11901 SW 63 Avenue, Miami, FL 33156-4803. | 0.10 | 16.50 |

| Date | Name | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| | | | No answer at residence. Car in driveway is a Mercedes, FL tag KY804D. | | |
| 4/17/2025 | Steffany Sanguino | Paralegal | I emailed the process server to f.u with service on Michael Scott. | 0.20 | 33.00 |
| 4/18/2025 | Steffany Sanguino | Paralegal | We received an update from the process server regarding service on Michael Scott. The server has schedule a new attempt of service. | 0.10 | 16.50 |
| 4/18/2025 | Steffany Sanguino | Paralegal | Received the return of service on Michael Scott. | 0.10 | 16.50 |
| 4/18/2025 | Steffany Sanguino | Paralegal | NOF return of service on Michael Scott, has been drafted. | 0.20 | 33.00 |
| 4/21/2025 | Brian H. Pollock Esq. | Draft/revise | Receitp of email from Sabrina Puglisi, Esq., requesting additional time (through May 8) for both Defs to respond to the Complaint; respond with my agreement and requesting time/pay records for Mrs. Mayes and to extend the deadline to file the Statement of Claim and Amended Complaint so they are (1) based on the time/pay records and (2) are after Defs appear in the case through counsel to avoid issues with the filing an Amended Complaint before a defendant appears; also, review the proposed Motion by Def (and give commentary on it) | 0.70 | 350.00 |
| 4/21/2025 | Brian H. Pollock Esq. | Draft/revise | Draft MET to File Statement of Claim and proposed Order Granting same after my conferral with Ms. Puglisi | 1.00 | 500.00 |
| 4/22/2025 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Receipt and review of J&J's Motion for Extension to Respond to Complaint. | 0.10 | 32.50 |
| 4/22/2025 | Brooks LaRou Esq. | Draft/revise | Revisions to FMWA presuit demand letter. | 0.10 | 32.50 |
| 4/22/2025 | Brooks LaRou Esq. | Unassigned | Conferral with Hillary Frontado regarding sending FMWA presuit demand letter by U.S. Certified Mail. | 0.10 | 32.50 |
| 4/22/2025 | Brooks LaRou Esq. | Email Communication | Email to Sabrina Vora Puglisi (Senior VP of U.S. and Global Development for J&J) sending FMWA presuit demand letter and requesting Ms. Mayes' W-2 for the 2024 tax year. | 0.10 | 32.50 |
| 4/22/2025 | Brooks LaRou Esq. | Unassigned | Conferral with Juan Aragon regarding providing update to client regarding FMWA presuit demand letter sent. | 0.10 | 32.50 |
| 4/22/2025 | Brooks LaRou Esq. | Email with Client | Email to client regarding service obtained on Michael Scott Segal, agreed extension for J&J to respond to Complaint by May 8, agreement that J&J will provide time/pay records by May 1, and preparing her Statement of Claim. | 0.30 | 97.50 |
| 4/22/2025 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Receipt and review of Court's Order granting Plaintiff's Motion for Extension to File Statement of Claim. | 0.10 | 32.50 |
| 4/22/2025 | Brian H. Pollock Esq. | Receipt, Review, and Analysis | Receipt and review of Order Striking Motion for Extension of Time | 0.10 | 50.00 |
| 4/23/2025 | Brooks | Receipt, | Receipt and review of Court's Order striking J&J's Motion | 0.10 | 32.50 |

| Date | Attorney | Type | Description | Hours | Amount |
|---|---|---|---|---|---|
| | Brooks LaRou Esq. | Review, and Analysis | for Extension to Respond to Complaint. | | |
| 5/2/2025 | Brooks LaRou Esq. | Email with Client | Receipt of email from client seeking update on our request that J&J produce her W-2 or 1099, and her concern regarding inaccuracies of J&J's time records; drafted email response to the same. | 0.40 | 130.00 |
| 5/2/2025 | Brooks LaRou Esq. | Unassigned | Conducted legal research regarding potential causes of action to address J&J's failure to issue either an IRS Form W-2 or 1099 to Ms. Mayes. | 0.50 | 162.50 |
| 5/6/2025 | Brooks LaRou Esq. | Email Communication | Receipt of email from Defendant J&J's Senior VP of U.S. and Global Development (Sabrina Vora Puglisi) regarding J&J's intent to produce Plaintiff's pay records. | 0.10 | 32.50 |
| 5/7/2025 | Steffany Sanguino | Paralegal | Received the defendant's pay and time records for October - December. Their final payment was in January; a check was mailed to the client, and it appears she did not cash it. | 0.20 | 33.00 |
| 5/7/2025 | Brooks LaRou Esq. | Email Communication | Receipt of email from J&J's Senior VP of U.S. and Global Development (Sabrina Vora Puglisi) attaching records of payment transfers made to Ms. Mayes in October, November, and December 2024, and claiming that Ms. Mayes was mailed a final check in January 2025 that was not cashed or deposited. | 0.10 | 32.50 |
| 5/7/2025 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Review of Ms. Mayes' pay transfer records produced by J&J. | 0.20 | 65.00 |
| 5/7/2025 | Brooks LaRou Esq. | Email Communication | Email to Sabrina Vora Puglisi requesting record of Ms. Mayes' final paycheck which was allegedly mailed to her in January 2025; receipt of responsive email from Ms. Puglisi stating that Ms. Mayes' final check was for $2,655.88, and that she would request a photo of the check stub. | 0.20 | 65.00 |
| 5/7/2025 | Brooks LaRou Esq. | Phone Call | Phone call with client regarding pay transfer records sent by J&J, J&J's representation that they have mailed her final paycheck, client's denial of the same, and case strategy for obtaining necessary time and pay records to establish damages. | 0.50 | 162.50 |
| 5/8/2025 | Steffany Sanguino | Paralegal | Received a copy of the final check stub from OC. | 0.10 | 16.50 |
| 5/9/2025 | Brooks LaRou Esq. | Draft/revise | Drafted Plaintiff's Certificate of Interested Parties. | 0.20 | 65.00 |
| 5/9/2025 | Brooks LaRou Esq. | Unassigned | Conferral with Juan Aragon regarding filing Plaintiff's Certificate of Interested Parties. | 0.10 | 32.50 |
| 5/9/2025 | Steffany Sanguino | Paralegal | Draft PL's Certificate of Interested Parties | 0.30 | 49.50 |
| 5/13/2025 | Brooks LaRou Esq. | Email with Client | Receipt of email from client asking whether Defendants timely filed a response to the Complaint. | 0.10 | 32.50 |
| 5/13/2025 | Brooks LaRou Esq. | Email with Client | Email to client updating her on Defendant Segal's filing of pro se Answer on behalf of both Defendants, and next potential steps of case. | 0.30 | 97.50 |
| 5/14/2025 | Brooks | Phone Call | Phone call with client regarding estimation of damages, | 0.50 | 162.50 |

| Date | Attorney | Category | Description | Hours | Amount |
|---|---|---|---|---|---|
| | Brooks LaRou Esq. | | filing Statement of Claim, Defendants' pro se Answer, and next potential steps of case. | | |
| 5/14/2025 | Brooks LaRou Esq. | Email Communication | Email to Sabrina Vora Puglisi confirming Plaintiff's non-receipt of last paycheck allegedly mailed by J&J, and requesting Plaintiff's time records for her last month of work. | 0.30 | 97.50 |
| 5/14/2025 | Brooks LaRou Esq. | Draft/revise | Drafted Plaintiff's Statement of Claim. | 0.40 | 130.00 |
| 5/15/2025 | Brooks LaRou Esq. | Draft/revise | Drafted Amended Complaint. | 0.50 | 162.50 |
| 5/15/2025 | Brian H. Pollock Esq. | FLSA - Plaintiff | Revise the proposed Amended Complaint and the Statement of Claim, to have them conform to the Court's Order (and address the Defendants' failure to disclose the time and pay records) | 0.60 | 300.00 |
| 5/15/2025 | Brooks LaRou Esq. | Unassigned | Compiled documents for production with Plaintiff's Statement of Claim and Bates stamped the same. | 0.50 | 162.50 |
| 5/15/2025 | Brooks LaRou Esq. | Email Communication | Email to Sabrina Vora Puglisi serving Court's Order in FLSA Actions, Plaintiff's Statement of Claim, and Plaintiff's supporting documents. | 0.10 | 32.50 |
| 5/16/2025 | Brooks LaRou Esq. | Draft/revise | Draft Notice of Dissociation as counsel | 0.10 | 32.50 |
| 5/20/2025 | Brian H. Pollock Esq. | Draft/revise | draft letter to client re: PBL's departure from the firm as an associate attorney. | 0.10 | 50.00 |
| 5/22/2025 | Brooks LaRou Esq. | Email Communication | Receipt of email from Sabrina Puglisi refusing to provide Ms. Mayes' W-2 or 1099. | 0.10 | 32.50 |
| 5/22/2025 | Brian H. Pollock Esq. | Draft/revise | Draft letter enclosing the Statement of Claim | 0.30 | 150.00 |
| 6/2/2025 | Brian H. Pollock Esq. | Receipt, Review, and Analysis | Receipt and review of Order on Default Procedures | 0.10 | 50.00 |
| 6/2/2025 | Katie Schickman Esq. | Draft/revise | review file in connection with clerks motion for default & draft motion | 0.70 | 192.50 |
| 6/3/2025 | Katie Schickman Esq. | Draft/revise | review frcp and local rules. add them where they belong in motion for clerk default | 0.30 | 82.50 |
| 6/4/2025 | Brian H. Pollock Esq. | Receipt, Review, and Analysis | Receipt and review of NOA by Ms. Puglisi for Defendants | 0.10 | 50.00 |
| 6/4/2025 | Brian H. Pollock Esq. | Receipt, Review, and Analysis | Receipt and review of Response to Statement of Claim by J&J Green Paper | 0.30 | 150.00 |
| 6/4/2025 | Brian H. Pollock Esq. | Receipt, Review, and Analysis | Receipt and review of N/Striking Defendants' MET | 0.10 | 50.00 |

| Date | Attorney | Type | Description | Hours | Amount |
|---|---|---|---|---|---|
| 6/5/2025 | Brian H. Pollock Esq. | Receipt, Review, and Analysis | Receipt and review of Defendants' MET to file Response to Statement of Claim (hand filed on June 4, 2025) | 0.20 | 100.00 |
| 6/5/2025 | Brian H. Pollock Esq. | Receipt, Review, and Analysis | Receipt and review of Order Requiring Certificates of Interested Parties | 0.10 | 50.00 |
| 6/9/2025 | Brian H. Pollock Esq. | Receipt, Review, and Analysis | Receipt and review of Order requiring Defendants to file an Answer to the Complaint by June 11 | 0.20 | 100.00 |
| 6/10/2025 | Katie Schickman Esq. | Draft/revise | draft certificate of interested parties | 0.20 | 55.00 |
| 6/10/2025 | Brian H. Pollock Esq. | Receipt, Review, and Analysis | Receipt and review of Order requiring Defendants to file an Answer to the Amended Complaint (and reciting procedural history leading up to it) | 0.20 | 100.00 |
| 6/10/2025 | Katie Schickman Esq. | Draft/revise | Draft NOA for Plaintiff | 0.20 | 55.00 |
| 6/10/2025 | Brian H. Pollock Esq. | FLSA - Plaintiff | Exchange emails with Ms. Puglisi re: my analysis of the case, how it doesn't make sense that Defs claim to have paid Ms. Mayes but didn't satisfy the FMWA demand, and inquiring about the potential for settlement | 0.40 | 200.00 |
| 6/10/2025 | Katie Schickman Esq. | Phone Call | lvm for client who requested status update from attny | 0.10 | 27.50 |
| 6/10/2025 | Gaelle Colas | Draft/revise | Draft NOA for Plaintiff | 0.20 | 85.00 |
| 6/10/2025 | Brian H. Pollock Esq. | Draft/revise | review file and draft RFPs to Defendant | 0.80 | 400.00 |
| 6/10/2025 | Katie Schickman Esq. | Phone Call | spoke to client & gave her update. she wants to have an in-person meeting with the attny sitting through settlement conference with her | 0.30 | 82.50 |
| 6/10/2025 | Brian H. Pollock Esq. | Draft/revise | Draft Letter to client re Settlement Conference via Zoom | 0.30 | 150.00 |
| 6/10/2025 | Brian H. Pollock Esq. | Receipt, Review, and Analysis | Receipt and review of Order Scheduling Settlement Conference for August 9 | 0.30 | 150.00 |
| 6/10/2025 | Brian H. Pollock Esq. | Receipt, Review, and Analysis | Receipt and review of Defendants' Stipulated M/Substitution of Counsel (w/Proposed Order) | 0.20 | 100.00 |
| 6/10/2025 | Gaelle Colas | FLSA - Plaintiff | Review and file NOA in court ase | 0.20 | 85.00 |
| 6/11/2025 | Brian H. Pollock Esq. | Receipt, Review, and Analysis | Receipt and review of J&J's Answer and (13) Affirmative Defenses to the Complaint | 0.60 | 300.00 |
| 6/11/2025 | Brian H. Pollock Esq. | Receipt, Review, and Analysis | Receipt and review of M Segal's Answer and (13) Affirmative Defenses to the Complaint | 0.60 | 300.00 |
| 6/11/2025 | Brian H. Pollock | Receipt, Review, and | Receipt and review of Order Granting M/Substitution of Defense counsel | 0.12 | 60.00 |

| Date | Attorney | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| | Esq. | Analysis | | | |
| 6/12/2025 | Brian H. Pollock Esq. | Receipt, Review, and Analysis | REceipt and review of N/Compliance by Mrs. Puglisi | 0.10 | 50.00 |
| 6/18/2025 | Katie Schickman Esq. | Draft/revise | draft FLSA RFP | 0.30 | 82.50 |
| 6/18/2025 | Katie Schickman Esq. | Draft/revise | draft FLSA INT | 0.30 | 82.50 |
| 7/11/2025 | Brian H. Pollock Esq. | Draft/revise | Revise the Requests for Production to Defendants, INTs to J&J Green Paper, and then draft INTs to Mr. Segal | 1.40 | 700.00 |
| 7/14/2025 | Steffany Sanguino | Paralegal | Prepared an email serving our discovery request to the Defendant, including INTS and RFP. | 0.20 | 33.00 |
| 7/15/2025 | Brian H. Pollock Esq. | Draft/revise | Draft email demand email to defense counsel in an attempt to resolve atter given the fees expended as against the amount at issue | 0.30 | 150.00 |
| 7/15/2025 | Gaelle Colas | FLSA - Plaintiff | Phone settlement conference with the opposing counsel | 0.40 | 170.00 |
| 7/15/2025 | Gaelle Colas | FLSA - Plaintiff | Review case in preparation for settlement conference | 0.50 | 212.50 |
| 7/15/2025 | Gaelle Colas | FLSA - Plaintiff | Email correspondence with the opposing counsel | 0.30 | 127.50 |
| 7/16/2025 | Brian H. Pollock Esq. | Draft/revise | Draft email to defense counsel to acknowledge offer and convey counter-offer and explain the factual basis for same and its impact | 0.30 | 150.00 |
| 7/21/2025 | Katie Schickman Esq. | Phone Call | spoke to cl (to complete f/u eval) nothing has changed & she has not received check | 0.20 | 55.00 |
| 7/21/2025 | Katie Schickman Esq. | Draft/revise | f/u memo | 0.20 | 55.00 |
| 7/23/2025 | Katie Schickman Esq. | Draft/revise | revise and add to rule 26 disclosures | 0.50 | 137.50 |
| 7/23/2025 | Katie Schickman Esq. | Receipt, Review, and Analysis | Receipt and review of Order Setting Status Conference | 0.10 | 27.50 |
| 7/23/2025 | Katie Schickman Esq. | Receipt, Review, and Analysis | Receive and review of Defs' Cert of Interested Parties | 0.10 | 27.50 |
| 7/24/2025 | Katie Schickman Esq. | Document/File Management | Review file to determine what has been done, what needs to be done, and to map out a strategy for the future progress of the case | 0.30 | 82.50 |
| 7/28/2025 | Brian H. Pollock Esq. | Draft/revise | Exchange emails with defense counsel re: her client's updated offer and our response thereto; review file to then include a screenshot of Mr. Segal's letter (that he'd pay Ms. Mayes when he's ready) and pointing out the issues with her clients' position | 0.40 | 200.00 |
| 7/28/2025 | Brian H. | Teleconference | T/c with Ms. McKellar Poursine re: our position (no | 0.20 | 100.00 |

| Date | Attorney | Type | Description | Hours | Amount |
|---|---|---|---|---|---|
| | Pollock Esq. | with | objection) on her clients' request to postpone the settlement conference and the potential for settlement | | |
| 7/28/2025 | Gaelle Colas | Email Communication | Settlement negotiations | 0.20 | 85.00 |
| 7/29/2025 | Gaelle Colas | FLSA - Plaintiff | Email correspondence copied as well as filing filed | 0.10 | 42.50 |
| 7/31/2025 | Brian H. Pollock Esq. | Draft/revise | Draft Letter to client re Rescheduled Settlement Conference via Zoom | 0.30 | 150.00 |
| 8/4/2025 | Katie Schickman Esq. | Draft/revise | write draft 1 of confidential settlement memo | 1.20 | 330.00 |
| 8/11/2025 | Katie Schickman Esq. | Receipt, Review, and Analysis | review rule rfp and add bp info | 0.20 | 55.00 |
| 8/11/2025 | Katie Schickman Esq. | Draft/revise | revise v2 of rule 26 disclosures. add oc info & confirm damage amounts | 0.30 | 82.50 |
| 8/11/2025 | Brian H. Pollock Esq. | Draft/revise | Draft Gaelle's Motion to Withdraw as Counsel | 0.30 | 150.00 |
| 8/13/2025 | Katie Schickman Esq. | Receipt, Review, and Analysis | Receipt and review of Order granting motion to withdraw (gwc) | 0.10 | 27.50 |
| 8/18/2025 | Katie Schickman Esq. | Draft/revise | work on plaintiff's confidential settlement memo (save as v2) | 1.10 | 302.50 |
| 8/19/2025 | Steffany Sanguino | Paralegal | Received an email from OC requesting a day extension to provide their discovery answers. I replied to them, informing them that we will expect their answers today. | 0.10 | 16.50 |
| 8/19/2025 | Steffany Sanguino | Paralegal | Received, analyzed and organized the defendant's verified answers to the INTS and RFP with responsive documents. | 0.40 | 66.00 |
| 8/19/2025 | Katie Schickman Esq. | Draft/revise | correct format of confidential settlement memo - direct to magistrate judge & add damage calculations | 0.80 | 220.00 |
| 8/22/2025 | Brian H. Pollock Esq. | Draft/revise | Drafted Second RFPs to Defendants based on the materials produced (to determine when the check at issue could have been prepared by obtaining surrounding checks) | 0.60 | 300.00 |
| 8/22/2025 | Katie Schickman Esq. | Receipt, Review, and Analysis | review discovery received in first rfp | 0.20 | 55.00 |
| 8/24/2025 | Brian H. Pollock Esq. | Draft/revise | Revise pre-settlement conference statement/letter to Magistrate Judge Augustin Birch and conduct online research re: criminal history of Mr. Segal to incorporate and for use in discovery | 0.80 | 400.00 |
| 8/25/2025 | Katie Schickman Esq. | Draft/revise | review and finalize confidential settlement communication to judge | 0.50 | 137.50 |
| 8/25/2025 | Katie Schickman | Draft/revise | input re-calculated damages (using for hearing) into rule 26 disclosures | 0.30 | 82.50 |

| Date | Name | Type | Description | Hours | Amount |
|---|---|---|---|---|---|
| | Esq. | | | | |
| 8/26/2025 | Steffany Sanguino | Paralegal | Drafted an email serving OC our Second Request for Production. | 0.20 | 33.00 |
| 8/27/2025 | Katie Schickman Esq. | Attendance at | attend status conference in Clyde Atkins Courthouse | 3.70 | 1,017.50 |
| 8/27/2025 | Katie Schickman Esq. | Legal | Prepare timeline & documentation in preparation for hearing. | 1.00 | 275.00 |
| 8/28/2025 | Steffany Sanguino | Paralegal | Called the client to remind her about the upcoming settlement conference. | 0.10 | 16.50 |
| 8/29/2025 | Katie Schickman Esq. | Phone Call | spoke to client in preparation for settlement conference. explained to her what she should expect and the process | 0.40 | 110.00 |
| 8/29/2025 | Brian H. Pollock Esq. | Teleconference with | T/c with Ms. McKellar Poursine to discuss the lack of a response to my earlier email re: settlement before the settlement conference and benefits of same | 0.30 | 150.00 |
| 9/2/2025 | Katie Schickman Esq. | Phone Call | spoke to ms. mayes. let her know she no longer needed to attend settlement conference as we have settled her case. | 0.30 | 82.50 |
| 9/8/2025 | Brian H. Pollock Esq. | Receipt, Review, and Analysis | Receipt and review of Order Administratively Closing Case | 0.10 | 50.00 |
| 9/22/2025 | Brian H. Pollock Esq. | Draft/revise | Revise the proposed Settlement Agreement and the proposed Joint Motion to Approve | 1.30 | 650.00 |
| 9/23/2025 | Brian H. Pollock Esq. | Receipt, Review, and Analysis | Receipt and review of the further revised Joint Motion to Approve and Dismiss and email enclosing same from defense counsel | 0.20 | 100.00 |
| 9/24/2025 | Katie Schickman Esq. | Receipt, Review, and Analysis | review settlement agreement | 0.30 | 82.50 |
| 9/26/2025 | Brian H. Pollock Esq. | Draft/revise | Draft Joint Consent to Mag Jurisdiction | 0.30 | 150.00 |
| 9/26/2025 | Katie Schickman Esq. | Receipt, Review, and Analysis | review order from the magistrate judge requiring supplemental brief by october 3 | 0.20 | 55.00 |
| 9/30/2025 | Katie Schickman Esq. | Draft/revise | draft joint supplemental brief re: fees & costs - save as v1 | 3.30 | 907.50 |
| 10/1/2025 | Katie Schickman Esq. | Email Communication | send revised settlement agreement to lisa for her to review, approve, and file | 0.30 | 82.50 |
| 10/1/2025 | Brian H. Pollock Esq. | Draft/revise | Conduct add'l legal research and then revise the proposed supp. joint motion | 1.00 | 500.00 |

**Services Subtotal:18,878.00**

**Expenses**

| Date | Vendor | Category | Description | Total |
|---|---|---|---|---|
| 3/19/2025 | FairLaw Firm | Filing Fee - Federal Court | | 405.00 |
| 4/1/2025 | FairLaw Firm | Service of Process | Return of Service on Defendant J&J Green Paper. | 46.80 |
| 4/9/2025 | FairLaw Firm | Service of Process | Non-service on Michael Scott. | 46.80 |
| 4/17/2025 | FairLaw Firm | Service of Process | Return of service on Michael Scott. | 46.80 |
| 4/22/2025 | FairLaw Firm | Postage | Cert. Mail to Mr. Segal | 9.64 |
| 8/27/2025 | FairLaw Firm | Expenses | Parking | 30.20 |

**Expenses Subtotal:** 585.24

**Notes:**

Please make all amounts payable to FairLaw Firm. Tax ID No.: 20-1722656.

Payment is due upon receipt.

**Total:** 19,463.24

