

**INVOICE**

Invoice #NAY-2025000594
4/18/2025

**Send Payments To:**
**Miami PSPI, LLC**
**1800 Coral Way, Suite 1511**
**Miami, FL 33145**
**Phone: (305) 285-4321**
**Fax: (877) 626-7582**

FAIRLAW FIRM
135 San Lorenzo Avenue, Suite 770
Coral Gables, FL 33146

Your Contact: Brian H. Pollock
**Case Number: Civil Division 1:25-CV-21291-DSL**

Plaintiff:
**SHELBY MAYES**

Defendant:
**J & J GREEN PAPER, INC. AND MICHAEL SCOTT SEGAL**

Received: 4/9/2025   Served: 4/17/2025 6:10 pm   SUBSTITUTE - RESIDENTIAL
To be served on: MICHAEL SCOTT SEGAL

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Miami-Dade County ROUTINE Process Service | 1.00 | 45.00 | 45.00 |
| Print Fee. | 9.00 | 0.20 | 1.80 |
| TOTAL CHARGED: | | | $46.80 |

**BALANCE DUE:** $46.80

PAYMENT DUE UPON RECEIPT.
$5.00 late fee will be charged every month for invoices over 30 days old.
Please enclose a copy of this invoice or invoice number with your payment.
Thank you for your business.
Tax I.D. #36-4594295



## **INVOICE**

Invoice #NAY-2025000448
4/9/2025

**Send Payments To:**
**Miami PSPI, LLC**
**1800 Coral Way, Suite 1511**
**Miami, FL 33145**
**Phone: (305) 285-4321**
**Fax: (877) 626-7582**

FAIRLAW FIRM
135 San Lorenzo Avenue, Suite 770
Coral Gables, FL 33146

Your Contact: Brian H. Pollock
**Case Number: Southern 1:25-CV-21291-DSL**

Plaintiff:
**SHELBY MAYES**

Defendant:
**J & J GREEN PAPER, INC. AND MICHAEL SCOTT SEGAL**

Received: 3/20/2025   Non-Served: 4/1/2025  NON-SERVE - NO RESPONSE
To be served on: MICHAEL SCOTT SEGAL

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Miami-Dade County ROUTINE Process Service | 1.00 | 45.00 | 45.00 |
| Print Fee. | 9.00 | 0.20 | 1.80 |
| TOTAL CHARGED: | | | $46.80 |

**BALANCE DUE:**  $46.80

PAYMENT DUE UPON RECEIPT.
$5.00 late fee will be charged every month for invoices over 30 days old.
Please enclose a copy of this invoice or invoice number with your payment.
Thank you for your business.
Tax I.D. #36-4594295

Copyright © 1992-2025 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a

Page 1 / 1



**INVOICE**

Invoice #NAY-2025000448
4/9/2025

**Send Payments To:**
**Miami PSPI, LLC**
**1800 Coral Way, Suite 1511**
**Miami, FL 33145**
**Phone: (305) 285-4321**
**Fax: (877) 626-7582**

FAIRLAW FIRM
135 San Lorenzo Avenue, Suite 770
Coral Gables, FL 33146

Your Contact: Brian H. Pollock
**Case Number: Southern 1:25-CV-21291-DSL**

Plaintiff:
**SHELBY MAYES**

Defendant:
**J & J GREEN PAPER, INC. AND MICHAEL SCOTT SEGAL**

Received: 3/20/2025   Non-Served: 4/1/2025  NON-SERVE - NO RESPONSE
To be served on: MICHAEL SCOTT SEGAL

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Miami-Dade County ROUTINE Process Service | 1.00 | 45.00 | 45.00 |
| Print Fee. | 9.00 | 0.20 | 1.80 |
| TOTAL CHARGED: | | | $46.80 |

**BALANCE DUE:** $46.80

PAYMENT DUE UPON RECEIPT.
$5.00 late fee will be charged every month for invoices over 30 days old.
Please enclose a copy of this invoice or invoice number with your payment.
Thank you for your business.
Tax I.D. #36-4594295

Copyright © 1992-2025 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a

Page 1 / 1



**INVOICE**

Invoice #NAY-2025000447
4/1/2025

**Send Payments To:**
**Miami PSPI, LLC**
**1800 Coral Way, Suite 1511**
**Miami, FL 33145**
**Phone: (305) 285-4321**
**Fax: (877) 626-7582**

FAIRLAW FIRM
135 San Lorenzo Avenue, Suite 770
Coral Gables, FL 33146

Your Contact: Brian H. Pollock
**Case Number: Southern 1:25-CV-21291-DSL**

Plaintiff:
**SHELBY MAYES**

Defendant:
**J & J GREEN PAPER, INC. AND MICHAEL SCOTT SEGAL**

Received: 3/20/2025   Served: 4/1/2025 10:25 am   CORPORATE
To be served on: J & J GREEN PAPER, INC. c/o AYMETH LOYA, its Registered Agent

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Miami-Dade County ROUTINE Process Service | 1.00 | 45.00 | 45.00 |
| Print Fee. | 9.00 | 0.20 | 1.80 |
| TOTAL CHARGED: | | | $46.80 |

**BALANCE DUE:**  $46.80

PAYMENT DUE UPON RECEIPT.
$5.00 late fee will be charged every month for invoices over 30 days old.
Please enclose a copy of this invoice or invoice number with your payment.
Thank you for your business.
Tax I.D. #36-4594295

Copyright © 1992-2025 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a

Page 1 / 1

S. Mayes - Status Conf K.S.

> Today 1:23 PM
>
> Towne Park:
> Start: 08/27/25 1:22PM
> End: 08/27/25 3:22PM
> Meter ID: 57 NW 2nd St | MP
> Parking Fee: $23.25
> Transaction Fee: $1.86
> Tax: $1.63
> City Surcharge: $3.49
> Total Amount: $30.23
> Plate: BP69BS
>
> Reply STOP to unsubscribe.

| 08/29/2025 | KATIE SCHICKMAN, ESQ. | | |
|---|---|---|---|
| FairLaw Firm | | MAYES PARKING REIMBURSEMENT 8.27.25 | 30.23 7327 |

CASH-WELLSFARGO　　　MAYES PARKING REIMBURSEMENT 8.27.25　　　30.23

Order/Invoice Number: 503607　　For Quick Reorder Go to BusinessChecksOnline.com/Reorder - Call: 1800-385-1363　　HIGH SECURITY - TOP

**FairLaw Firm**
**FairLaw Firm**
**Business Operating Account**
135 San Lorenzo Ave., Suite 770
Coral Gables, FL 33146
(305) 230-4884

Wells Fargo Bank, N.A.
Miami, FL 33156
63-643/670

7327

DATE 08/29/2025

PAY TO THE ORDER OF   KATIE SCHICKMAN, ESQ.   $30.23

Thirty and 23/100************************************************************************   DOLLARS

KATIE SCHICKMAN, ESQ.

VOID AFTER 90 DAYS

AUTHORIZED SIGNATURE

MEMO   MAYES PARKING REIMBURSEMENT 8.27.25

---

FairLaw Firm   08/29/2025   KATIE SCHICKMAN, ESQ.   7327
MAYES PARKING REIMBURSEMENT 8.27.25   30.23

CASH-WELLSFARGO   MAYES PARKING REIMBURSEMENT 8.27.25   30.23

www.BUSINESSCHECKSONLINE.com